# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 17, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.  14-1301,    <u>John C. Scotchel, Jr. v. Martin Sheehan</u>
                 1:13-cv-00161-IMK, 1:12-bk-00009

TO:    Martin Patrick Sheehan

MOTION DUE:  June 20, 2014

Please file the motion identified below by the due date indicated using the **MOTION** entry.

---

  [X] **MOTION / extend filing time** for response brief (brief was due 6/16/14).


Cathi Bennett, Deputy Clerk
804-916-2704