FILED: June 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1301
(1:13-cv-00161-IMK)
(1:12-bk-00009)

_____

JOHN CHARLES SCOTCHEL, JR.

       Debtor- Appellant

and

HELEN HOLLAND SCOTCHEL

       Debtor

v.

MARTIN PATRICK SHEEHAN, Trustee of the Bankruptcy Estate of John C. Scotchel, Jr., and Helen H. Scotchel

       Trustee - Appellee

_____

O R D E R

_____

The court grants the motion to file the response brief out of time and accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk